UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/12/2022
```

UNITED STATES OF AMERICA,

-v-

DWAINE GILLEY,

                     Defendant.

21-cr-34 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

       Because of a change in the Court's calendar, the status conference that was previously scheduled to take place on August 11, 2022 will instead take place on August 4, 2022 at 11:00 a.m.  The parties shall submit a joint status letter by August 1, 2022.

**SO ORDERED.**

**Date:  July 12, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**