

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2022
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 23, 2022

<u>Via ECF</u>
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    **Re:** *United States v. Dwaine Gilley*, **22 Cr. 0034 (MKV)**

Dear Judge Vyskocil:

    The parties respectfully request a week-long adjournment of the deadline for the pretrial submissions. The parties are actively engaged in discussion of a pretrial resolution. In light of those discussions, the parties ask that the deadline for pretrial submissions be adjourned to September 29, 2022. Thank you for the consideration of this request.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Edward C. Robinson Jr.

Edward C. Robinson Jr.
Assistant United States Attorney
(212) 637- 2273

**GRANTED. The parties' deadline for pretrial submissions is hereby extended to September 29, 2022. Additionally, due to a conflict on the Court's calendar, the Final Pretrial Conference initially scheduled for October 6, 2022 at 10:00 AM is rescheduled to 3:00 PM that same day. SO ORDERED.**

Date: 9/23/2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge